United States District Court
District of Columbia

Case No.

Marc Pierre Hall,
Appellant,

vs.

United States, et. al.,
Appellee

Notice of Appeal
for (IFP) Status for
Civil Rico Suit

I, MW, hereby file my Notice of Appeal to the court's ruling on 5/28/08 as attached denying (IFP) status to file civil Rico.

Issue presented:

A. Whether Petitioner/Plaintiff was denied equal protection of law and access to the Court under Section 1915(g).

this day June 5, 2008; Respectfully Submitted

MW

Hall v. USA et al
~~IFP~~ Appeal

(2)

Certificate of Service

_____

I, [signature] depose under penalty of perjury that a copy of Notice of Appeal was delivered to prison officials first class postage prepaid to:

1. U.S District Court 333 Constitution Ave. NW 20001.

this day June 5, 2008

By: [signature]

CO 217B2
Rev. 3/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__Marc Pierre Hall__
Plaintiff(s)

vs.                                              Civil Action No. _____

__United States, et al.,__
Defendant(s)

Dear: __Mr. Hall__ :

In the above entitled case, please be advised that on __5/28/08__ Judge __Friedman__ endorsed thereon as follows:

**"Leave to file is DENIED."**

As a result of the Judge's ruling, your document has not been filed with our Court and a copy is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

AO 240 (Rev. 10/03)

Third Application 28 USC 1746

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

Marc Pierre Hall
Plaintiff

v.

United States et. al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Third Attempt
Cert No. 70060810000485489439

CASE NUMBER:  LEAVE TO FILE DENIED
              28 USC §1915(g)
              PLF 5/28/08

I, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. As a matter of law. See attached memo of law.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  USP Victorville, CA.

   Are you employed at the institution?  NO   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

   Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. March 2008 / Education Dept. USP Victorville, CA. (Tutor) $23.00 grade (A).

In the past 12 twelve months have you received any money from any of the following sources?

|   | Source | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☒ Yes | ☐ No |

the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family for legal, Hygiene etc.
$50.00 pr. mo.

Received
Mail Room

2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia Circuit

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. See prison account statement

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A — I do have other encumberances and (IFP) obligations.

I declare under penalty of perjury that the above information is true and correct.

4/30/08
Date                                        Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

Ms. Bossett

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge        Date | United States Judge        Date |